IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LAWRENCE ISGRIGG,<br><br>  Plaintiff,<br><br> vs.<br><br>CDC, et al.,<br><br>  Defendant(s). | No. C 06-07618 JW (PR)<br><br>ORDER OF INSTRUCTIONS TO CLERK |

On January 15, 2009, the Court dismissed the instant action without prejudice for failure to exhaust administrative remedies in accordance with 42 U.S.C. § 1997e(a), and judgment was entered accordingly. On April 27, 2009, Plaintiff filed an amended complaint under this case number. (Docket No. 26.) The complaint should be filed as a new case and filing fees assessed accordingly.

The Clerk is instructed to open the amended complaint as a new case and send Plaintiff a notice to pay the requisite filing fees or file an application to proceed in forma pauperis with a copy of this order to plaintiff. The clerk shall also enclose two copies of the court's In Forma Pauperis Application.

Plaintiff shall file any future correspondence and motions related to the amended complaint under the new case number.

DATED: May 20, 2009

JAMES WARE
United States District Judge

Order of Instructions to Clerk
P:\PRO-SE\SJ.JW\CR.06\Isgrigg7618_new case.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RICHARD LAWRENCE ISGRIGG,

        Plaintiff,

  v.

CDC, et al.,

        Defendants.

Case Number: CV06-07618 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   5/28/2009  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard Lawrence Isgrigg K-78618
California State Prison - Sacramento
P. O. Box 290066
Represa, Ca 95671-0066

Dated:   5/28/2009

                              Richard W. Wieking, Clerk
                             /s/ By: Elizabeth Garcia, Deputy Clerk